Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, California 92507
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: trustee.bui@shulmanbastian.com

Chapter 7 Trustee

FILED & ENTERED

AUG 03 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY potier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>STEVE SCHMIEDBAUER,<br><br>Debtor. | Case No. 6:21-bk-11605-SY<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT OF THE BROKER TEAM OF WINDERMERE HOMES & ESTATES AND BK GLOBAL REAL ESTATE SERVICES AS REAL ESTATE BROKER**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)] |

The court having read and considered the Chapter 7 Trustee's Application for an Order Authorizing Employment of the Broker Team of Windermere Homes & Estates and BK Global Real Estate Services as Real Estate Broker [docket no. 18] ("Application") filed by Lynda T. Bui ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Steve Schmiedbauer ("Estate"), and it appearing from the Declaration That No Party Requested a Hearing on Motion [docket no. 25] that no opposition has been filed, and good cause has been shown,

///

///

Employ Short Sale Broker Team TC Schmiedbauer, Order
23242-000\EXP. 62

**IT IS ORDERED:**

1. The Application is approved.

2. The broker team of (1) Windermere Homes & Estates, and (2) BK Global Real Estate Services ("Broker Team") is a "disinterested person" as defined by 11 U.S.C. § 101(14), and the Broker Team holds no interest adverse to the debtor or the Estate.

3. The Trustee is authorized to employ the Broker Team as her real estate broker to assist in the listing, marketing and negotiating for short sale, the real property located at 61550 Jeraboa Road, Mountain Center, California 92561.

4. The Broker Team's employment shall be on the terms and conditions set forth in the Application, with compensation for the Broker Team in such amount as the court may allow in accordance with law under Bankruptcy Code Section 328.

5. The Trustee is authorized to execute the Residential Listing Agreement and its addenda attached as Exhibit "3" to the Declaration of Brandy Nelson annexed to the Application, and any additional documents as may be necessary to effectuate the terms and conditions for the employment of the Broker Team as set forth in the Application and this order, and to take such actions as are necessary to carry out the provisions of this order.

###

Date: August 3, 2021

Scott H. Yun
United States Bankruptcy Judge

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street, Suite 210
Riverside, CA 92507

Employ Short Sale Broker Team TC Schmiedbauer, Order
23242-000\EXP. 62